■ SOLOW MANAGEMENT CORP., Appellant, v ARISTA RECORDS, INC., Respondent. [795 NYS2d 449]—Appeal from order, Supreme Court, New York County (Walter B. Tolub, J.), entered May 3, 2004, which, inter alia, found that certain actions were unrelated, unanimously dismissed as academic, with costs in favor of defendant, payable by plaintiff.

In light of this Court's decision in *Solow Mgt. Corp. v Seltzer* (18 AD3d — [2005] [decided herewith]), the disputed finding in the presently appealed order is academic. Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Williams, JJ.